UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERRELL TORRY TAYLOR,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:21-cv-00948-RFB-DJA

**ORDER**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Terrell Torry Taylor, an individual incarcerated at Nevada's High Desert State Prison. Taylor initiated this action on May 17, 2021, by filing a petition for writ of habeas corpus (ECF No. 1). Taylor paid the filing fee (ECF No. 1-1).

The Court has examined Taylor's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and the Court determines that it merits service upon the respondents. Therefore, the Court will order the petition served upon the respondents and will set a schedule for the respondents to appear and respond to Taylor's petition, and for further proceedings.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the attorney general only.

**IT IS FURTHER ORDERED** that Respondents will have 30 days from the date of this order to appear in this action, and Respondents will have 90 days from the date of this order to answer or otherwise respond to the habeas petition.

1

**IT IS FURTHER ORDERED** that, if Respondents file an answer, Petitioner will have 60 days to file a reply to the answer. If Respondents file a motion to dismiss, Petitioner will have 60 days to file a response to the motion to dismiss, and then Respondents will have 30 days to file a reply to Petitioner's response.

DATED THIS 21st day of June, 2021.

_____
RICHARD F. BOULWARE,
UNITED STATES DISTRICT JUDGE