# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00948-RFB-DJA<br><br>**ORDER** |

The Court screened the habeas petition in this action on June 21, 2021, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and the Court ordered the petition served upon the respondents. See Order dated June 21, 2021 (ECF No. 3). The Court set a schedule for the respondents to appear and respond to Taylor's petition, and for further proceedings. See id.

The June 21 order was sent to the petitioner, Terrell Torry Taylor, but it was returned to the Court, undelivered, possibly because Taylor's inmate number (1194111) was not included in his address (see ECF No. 5).

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to update the docket for this case with Petitioner's inmate number, such that it will appear in his address in future mailings to him.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send a copy of the June 21 order (ECF No. 3) to Petitioner, with a copy of this order.

DATED THIS 2nd day of July, 2021.

_____
RICHARD F. BOULWARE,
UNITED STATES DISTRICT JUDGE

1