UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>                          Petitioner,<br>    v.<br>CALVIN JOHNSON, *et al.*,<br><br>                         Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, the petitioner, Terrell Torry Taylor, represented by appointed counsel, had until September 6, 2022, to file a second amended habeas petition. (*See* ECF No. 37.)

On September 6, 2022, Taylor filed a motion for extension of time (ECF No. 40), requesting a 62-day extension of time, to November 7, 2022. Taylor's counsel states that the extension of time is necessary to adequately investigate Taylor's claims, and because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that Taylor's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 40) is granted. Petitioner will have until and including November 7, 2022, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 8th day of September, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE