UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TERRELL TORRY TAYLOR, | Case No. 2:21-cv-00948-ART-DJA |
|---|---|
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period and then a 60-day extension of time, the respondents were due on April 7, 2023 to respond to Terrell Torry Taylor's second amended habeas petition. (*See* ECF No. 37 (scheduling order); ECF No. 45 (60-day extension).)

On April 5, 2023, Respondents filed a motion for extension of time (ECF No. 46), requesting a 42-day extension to May 19, 2023. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and staffing issues at the office of the Nevada Attorney General. Respondents' counsel represents that Taylor, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///

1

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 46) is granted. Respondents will have until and including May 19, 2023, to respond to Petitioner's second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 6th day of April, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE