UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, and then a 60-day extension of time and a 42-day extension of time, the respondents were due on May 19, 2023, to respond to Terrell Torry Taylor's second amended habeas petition. (*See* ECF No. 37 (scheduling order); ECF No. 45 (60-day extension); ECF No. 47 (42-day extension).)

On May 18, 2023, Respondents filed a motion for extension of time (ECF No. 48), requesting a further 31-day extension, to June 19, 2023. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and staffing issues at the office of the Nevada Attorney General. Respondents' counsel represents that Taylor, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///

1

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 48) is granted. Respondents will have until and including June 19, 2023, to respond to Petitioner's second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 24th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE