UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br>                    Petitioner,<br>    v.<br>CALVIN JOHNSON, *et al.*,<br>                    Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, a 60-day extension of time, a 42-day extension of time, and a 32-day extension of time, the respondents were due on June 20, 2023, to respond to Terrell Torry Taylor's second amended habeas petition. (*See* ECF No. 37 (scheduling order); ECF No. 45 (60-day extension); ECF No. 47 (42-day extension), ECF No. 49 (32-day extension) (June 19 is a holiday).

On June 16, 2023, Respondents filed a motion for extension of time (ECF No. 49), requesting a further 15-day extension, to July 5, 2023. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and staffing issues at the office of the Nevada Attorney General. Respondents' counsel represents that Taylor, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant this extension of time. However, given the amount of time that Respondents will have had to respond to the second amended petition, the Court will not look favorably upon any motion to further extend this deadline.

1

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 50) is granted. Respondents will have until and including July 5, 2023, to respond to Petitioner's second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 23rd day of June, 2023.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE