UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>                       Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>                       Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

      In this habeas corpus action, the petitioner, Terrell Torry Taylor, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on November 7, 2022. (ECF No. 42.) On July 3, 2023, Respondents filed a motion to dismiss. (ECF No. 52.) On August 31, 2023, Taylor filed an opposition to the motion to dismiss. (ECF No. 54.) Along with his opposition to the motion to dismiss, on August 31, 2023, Taylor also filed a motion to stay (ECF No. 55) and a motion for discovery (ECF No. 56).

      Respondents were due on September 14, 2023, to respond to the motion to stay. *See* LR 7-2(b) (14 days for response). On September 14, 2023, Respondents filed a motion for extension of time (ECF No. 57), requesting a 32-day extension for that response, to October 16, 2023.

      Respondents are due on October 2, 2023, to file a reply to Taylor's opposition to their motion to dismiss and a response to Taylor's motion for discovery. (*See* ECF No. 37 (30 days for reply in support of motion to dismiss; response to motion for discovery due at same time; September 30 is a Saturday).) On September 14, 2023, Respondents—mistakenly believing their response to the motion for discovery was due that day—filed a motion for extension of time (ECF No. 58), requesting an extension of time to October 16, 2023, for their response to the motion for discovery.

Respondents' counsel states in her motions for extensions of time that the extensions are necessary because of her obligations in other cases. Respondents' counsel represents that Taylor does not oppose the motions for extensions of time.

The Court finds that Respondents' motions for extensions of time are made in good faith and not solely for the purpose of delay, and that there is good cause for the extensions of time requested. The Court will grant the extensions of time as requested. In addition, the Court will *sua sponte* extend to October 16, 2023, the time for Respondents to file a reply to Taylor's opposition to their motion to dismiss.

It is therefore ordered that Respondents' Motions for Enlargement of Time (ECF Nos. 57 and 58) are granted. Respondents will have until and including October 16, 2023, to file their reply to Petitioner's opposition to their motion to dismiss, a response to Petitioner's motion to stay, and a response to Petitioner's motion for discovery. Petitioner will then have 20 days to file a reply in support of his motion for stay and a reply in support of his motion for discovery. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Brian Williams is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 22nd day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE