UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

In this habeas corpus action, the petitioner, Terrell Torry Taylor, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on November 7, 2022. (ECF No. 42.) On July 3, 2023, Respondents filed a motion to dismiss. (ECF No. 52.) On August 31, 2023, Taylor filed an opposition to the motion to dismiss (ECF No. 54), and a motion to stay (ECF No. 55) and motion for discovery (ECF No. 56). On October 30, 2023, Respondents filed responses in opposition to Taylor's two motions (ECF Nos. 64, 65). On that date, Respondents also filed a motion for extension of time (ECF No. 66) (a 14-day extension), to November 13, 2023, to file their reply to Taylor's opposition to their motion to dismiss (which was due on October 30).

Respondents' counsel states in her motion for extension of time that the extension is necessary because of her obligations in other cases. Respondents' counsel represents that Taylor does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested. The Court will grant the extension of time as requested.

However, this will have been two and a half months for Respondents to file their reply to Taylor's opposition to their motion to dismiss. *The Court will not look favorably upon any motion to further extend this deadline.*

1

In addition, the Court will, *sua sponte*, extend the time for Taylor to file replies in support of his motion for discovery and his motion for stay. The scheduling order (ECF No. 37) provided that Taylor would have twenty days after the filing of responses to his motions, *and also the reply in support of the motion to dismiss*, before the replies in support of his motions would be due. Taylor's replies in support of his motions will be due twenty days after Respondents file their reply in support of their motion to dismiss.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 66) is granted. Respondents will have until and including November 13, 2023, to file their reply in support of their motion to dismiss. Petitioner will then have 20 days, following Respondents' filing of their reply in support of their motion to dismiss, to file his replies in support of his motion for discovery and his motion for stay. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 31st day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE