UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL TORRY TAYLOR,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-00948-ART-DJA<br><br>ORDER |

In this habeas corpus action, the petitioner, Terrell Torry Taylor, represented by appointed counsel, had until November 27, 2023, to file replies to Respondents' responses to his motion for discovery and his motion for stay. (*See* ECF No. 67). On November 27, 2023, Taylor filed a motion for extension of time (ECF No. 70) requesting that the time for those replies be extended by 30 days, to December 27, 2023. Taylor's counsel states that the extension is necessary because he is new to this case and because of his obligations in other cases. Taylor's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension. The Court will grant the extension of time as requested. However, given the nature of these filings, and the time Taylor will have had, t*he Court will not look favorably upon any motion to further extend this deadline.*

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 70) is granted. Petitioner will have until and including December 27, 2023, to file his replies to Respondents' responses to his motion for discovery and his

///

///

///

1

motion for stay. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 37) will remain in effect.

DATED THIS 30th day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE